# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD NELSON** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 18-282-SDD-EWD** |
| **VERSUS** | * | |
| | * | **JUDGE SHELLY D. DICL** |
| | * | |
| **LA DEPT. OF PUBLIC SAFETY** | * | **MAGISTRATE JUDGE** |
| **AND CORRECTIONS, ET AL** | * | **ERIN WILDER-DOOMES** |

**************************************************************************

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned Assistant Attorney General, comes the Defendant, the Louisiana Department of Public Safety and Corrections ("DPS&C"), who respectfully moves this Honorable Court to dismiss this suit pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6).

I.

Under the Eleventh Amendment of the United States Constitution a state is immune from any lawsuit seeking monetary damages or equitable relief brought in federal courts by her own citizens or by the citizens of another state. Thus, this Honorable Court lacks subject matter jurisdiction under the Eleventh Amendment of the Constitution to hear any action against defendant, DPS&C, in its official capacity, and all claims should be dismissed pursuant to FED. R. CIV. P. 12(b)(1).

II.

Plaintiff has failed to state a claim against the defendant on the basis that State agencies are not "persons" within the meaning of 42 U.S.C. § 1983. As such, all claims against Defendant DPS&C should be dismissed under FED. R. CIV. P. 12(b)(6). This defense is made in the

alternative, and only in the event that this Honorable Court determines that Defendant DPS&C is not entitled to Eleventh Amendment immunity.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/ Jeffery A. "Beau" Wheeler, II*
Jeffery A. "Beau" Wheeler (#37546)
Assistant Attorney General
Louisiana Department of Justice
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone:     225-326-6300
Facsimile:       225-326-6495
E-mail:           WheelerJ@ag.louisiana.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 30th day of April 2018, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

   */s/ Jeffery A. "Beau" Wheeler, II*
Jeffery A. "Beau" Wheeler, II (#37546)
Assistant Attorney General