**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DONALD NELSON** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 18-282-SDD-EWD** |
| **VERSUS** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| | * | |
| **LA DEPT. OF PUBLIC SAFETY** | * | **MAGISTRATE JUDGE** |
| **AND CORRECTIONS, ET AL** | * | **ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## RULE 12(b)(1) & 12(b)(6) MOTIONS TO DISMISS

**NOW COMES**, through undersigned counsel, Defendant, James M. LeBlanc, Secretary of the Louisiana Department of Public Safety and Corrections ("DPS&C"), who respectfully moves this Honorable Court to dismiss this suit pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6).

I.

Under the Eleventh Amendment to the United States Constitution, this Honorable Court lacks subject matter jurisdiction to hear this action against Defendant in his official capacity, and all claims levied against him should be dismissed pursuant to FED. R. CIV. P. 12(b)(1).

II.

Plaintiff has failed to state a claim against the Defendant on the basis that supervisory liability is not a cognizable claim under 42 U.S.C. § 1983. All claims against Defendant LeBlanc wherein he acted merely in a supervisory role should be dismissed under FED. R. CIV. P. 12(b)(6).

**WHEREFORE,** defendant, Secretary James M. LeBlanc, respectfully requests that this Honorable Court grant his motion, and dismiss Plaintiff's suit with prejudice, and at Plaintiff's sole cost.

Respectfully submitted,

*/s/ Jonathan R. Vining*
**JONATHAN R. VINING (#30781)**
General Counsel
LA Department of Public Safety & Corrections
P.O. Box 94304, Capitol Station
Baton Rouge, La. 70804-9304
Telephone:    (225) 342-6728
Facsimile:    (225) 342-3278
Email: jvining@corrections.state.la.us

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 18th day of October, 2018, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

_____*/s/ Jonathan R. Vining*_____
Jonathan R. Vining

2