# Department of Public Safety & Corrections
## State of Louisiana
### Louisiana State Penitentiary



**JOHN BEL EDWARDS**
Governor

**JAMES M. LE BLANC**
Secretary

September 11, 2017

Donald Nelson
1529 Elzardi Blvd
New Orleans, La. 70114

A TRUE COPY
Department of Public Safety and Corrections

_signature_
Notary Public
10/18/18
Date

Dear Mr. Nelson,

This letter will serve to inform you that you have been suspended from the approved visiting list of offender Timothy Lenoir # 298168 and any other list including special visits and/or special functions for a period of six (6) months. This does not mean your visits will be reinstated after the six months but the offender's record will be reviewed for possible reinstatement.

On September 10, 2017, you were going through the SecurePass machine when an unknown object was seen. You were escorted to the bathroom to be striped search at this time you refused to be strip searched due to being transgender. The Supervisor was notified and arrived at the front gate to speak with you regarding the situation. Security advised you of the shakedown policy and the strip search would be based on your driver's license. You again refused a strip search and stated you didn't want to visit and was going to sit in your vehicle while the family members you rode with continued their visit". The shakedown crew along with security went to the parking lot and told you that you were more than welcomed to sit inside but you and the vehicle will need to be shook down first. You then exited the vehicle and began making comments insinuating that you were being harassed due to you being transgender. Security tried to explain but you continued to interrupt. At this time two individuals approached the vehicle Mrs. Glendoria Ruffin which is your mother and Cornelious Lenoir which is your brother according to visiting documents. Your mother Mrs. Glendoria Ruffin then began questioning security as to why Mr. Nelson's visit was cancelled. Security then explained to Mrs. Ruffin that if they wanted to continue their visit they needed to go back to the visiting shed. At this time I noticed Mr. Lenoir with his cell phone held up as if he was recording what was going on. Security then stated to all involved that nothing more will be said while Mr. Lenoir was recording. Mr. Lenoir then stated it was his right to record. Mrs. Ruffin then got the cell phone from Mr. Lenoir and then Mr. Lenoir stated" you bunch of pussy bitches I ain't scared of you pussy bitches". Security then informed Mrs. Ruffin and Mr. Lenoir that their visit was cancelled and you would need to exit the premises. Mrs. Ruffin then stated "she will be contacting her lawyer and we are going to have all your jobs. You then entered the vehicle while making the same comments as Mrs. Lenoir. Mr. Lenoir continued using profanity and as the vehicle was pulling off he stuck his arm out the rear car window and raised his middle finger.

You may address this decision within fifteen (15) days in writing to Secretary James M. Le Blanc, Secretary Department of Public Safety and Corrections P.O Box 94304 Capital Station, Baton Rouge La 70804-94304.

EXHIBIT 1

Sincerely,

Leslie Dupont
Deputy Warden Security

LD/co

XC: James M. Le Blanc
     Front Gate Visiting
     Classification Visiting
     Offender File
     File