UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD NELSON** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 18-282-SDD-EWD** |
| **VERSUS** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| | * | |
| **LA DEPT. OF PUBLIC SAFETY** | * | **MAGISTRATE JUDGE** |
| **AND CORRECTIONS, ET AL** | * | **ERIN WILDER-DOOMES** |

*************************************************************************

## AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF EAST BATON ROUGE**
BEFORE ME, the undersigned Notary, personally came and appeared:

**AMANDA DAVIS**

who, after being first duly sworn, did state that:

I am currently employed as Executive Assistant to the Secretary at the Department of Public Safety & Corrections, Headquarters. My duties include maintaining the records associated with appeals of Warden Restriction Letters taken by inmates and visitors.

On October 2, 2018 I reviewed the records of inmate Timothy Lenoir (DOC#298168) in order to determine if an appeal to the Secretary of DPS&C was taken of the September 11, 2017 Warden's Restriction Letter issued to Donald Nelson.

After exercising due diligence and conducting a good faith search of the records, I found no record of Mr. Nelson attempting to take an appeal of the September 11, 2017 Warden's Restriction Letter.

The above is true and correct and based on my personal knowledge.

_____
Amanda Davis

SWORN TO AND SUBSCRIBED BEFORE ME on the ___3rd___ day of ___October___, 2018 at __Baton Rouge__ Louisiana.

_____
Notary Public (Signature)

HEATHER HOOD #154621
Parish of East Baton Rouge
State of Louisiana
My Commission is for Life