UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD NELSON | * | CIVIL ACTION |
| | * | |
| | * | NO. 18-282-SDD-EWD |
| VERSUS | * | |
| | * | JUDGE SHELLY D. DICK |
| | * | |
| LA DEPT. OF PUBLIC SAFETY | * | MAGISTRATE JUDGE |
| AND CORRECTIONS, ET AL | * | ERIN WILDER-DOOMES |

*************************************************************************

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

**BEFORE ME**, the undersigned Notary, personally came and appeared:

**CRYSTAL OSTERBERGER**

who, after being first duly sworn, did state that:

I am currently employed as an [redacted] at Louisiana State Penitentiary, Angola, Louisiana. My duties include maintaining the records associated with offender visitor lists, and requests from offenders for visitors to be added or removed from their approved visitor lists.

On October 5, 2018 I reviewed the records of inmate Timothy Lenoir (DOC#298168) in order to determine if Inmate Lenoir filed a request to have the September 11, 2017 Warden's Restriction issued to Donald Nelson lifted and for Donald Nelson to be added back to Mr. Lenoir's approved visitor list pursuant to Department Regulation No. C-02-008 Section 20(C)(3).

After exercising due diligence and conducting a good faith search of the records, I found no record of Inmate Lenoir attempting to have the September 11, 2017 Warden's Restriction

issued to Donald Nelson lifted, or for Donald Nelson to be added back to Mr. Lenoir's approved visitor list.

**The above is true and correct and based on my personal knowledge.**

_____
**Crystal Osterberger**

SWORN TO AND SUBSCRIBED BEFORE ME on the __5__ day of __October__, 2018 at __Angola__, Louisiana.

_____
Ex-Officio   Notary Public (Signature)

2