## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD NELSON** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 18-282-SDD-EWD** |
| **VERSUS** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| | * | |
| **LA DEPT. OF PUBLIC SAFETY** | * | **MAGISTRATE JUDGE** |
| **AND CORRECTIONS, ET AL** | * | **ERIN WILDER-DOOMES** |

**************************************************************************

## MOTION TO STAY DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes Defendant, James M. LeBlanc, who respectfully moves the Court as follows:

1.

The pending suit is a civil rights action filed under 42 U.S.C. § 1983.

2.

On October 18, 2018, the defendants filed a *Motion to Dismiss* asserting, *inter alia*, the qualified immunity of the individual defendant.

3.

Defendant should not be subjected to discovery burdens until the immunity issues are resolved adversely and with finality.

**WHEREFORE,** defendant, James M. LeBlanc, respectfully moves for an order staying all discovery until all immunity issues are resolved adversely and with finality.

Respectfully submitted,

*/s/ Jonathan R. Vining*
**JONATHAN R. VINING (#30781)**
General Counsel
LA Department of Public Safety & Corrections
P.O. Box 94304, Capitol Station
Baton Rouge, La. 70804-9304
Telephone:    (225) 342-6728
Facsimile:    (225) 342-3278
Email: jvining@corrections.state.la.us

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 18th day of October, 2018, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

　　　*/s/ Jonathan R. Vining*
　　　　Jonathan R. Vining