UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD NELSON** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 18-282-SDD-EWD** |
| **VERSUS** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| | * | |
| **LA DEPT. OF PUBLIC SAFETY** | * | **MAGISTRATE JUDGE** |
| **AND CORRECTIONS, ET AL** | * | **ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF MOTION TO STAY DISCOVERY**

**MAY IT PLEASE THE COURT:**

The moving party, Defendant James M. LeBlanc, respectfully requests this Honorable Court to stay all discovery until all immunity issues are resolved adversely and with finality.

**I.   STATEMENT OF THE CASE**

Donald Nelson ("Plaintiff"), is a private citizen whose brother, Timothy Lenoir (DOC# 298168), is incarcerated with the Louisiana Department of Public Safety and Corrections, currently housed at Louisiana State Penitentiary at Angola, Louisiana. On or about March 13, 2018, Plaintiff filed the instant suit pursuant to 42 U.S.C. § 1983 against James LeBlanc, Darryl Vannoy, Ray Vitorrio, Butch Browning, and Jimmy Guidry, alleging that they have violated his constitutional rights by maintaining inadequate housing facilities at Falcon Dorm 2, Camp D, Louisiana State Penitentiary.[1]

As a result of the foregoing, Plaintiff brought the instant suit under 42 U.S.C. §1983, on March 13, 2018, originally alleging that DPS&C violated plaintiff's rights under the United States Constitution and Louisiana state law.[2] On April 30, 2018, former Defendant DPS&C filed

---

[1] Rec. Doc. 1.
[2] *Id.*

a Motion to Dismiss.³ On May 22, 2018 the Plaintiff filed an *Amended Complaint* removing DPS&C as a defendant, and adding Secretary James M. LeBlanc, who was ultimately served on September 27, 2018.⁴ On October 18, 2018, Defendants filed a *Motion to Dismiss* asserting, *inter alia,* the defense of qualified immunity.⁵

## II.  LAW AND ARGUMENT

The 5th Circuit has stated that a "[d]efendant entitled to claim qualified immunity is shielded not only from liability but also from 'the costs of trial [and] ... the burdens of broad-reaching discovery.'"⁶ Defendants' claim of qualified immunity in his *Motion to Dismiss* is well founded and Defendant herein should not be burdened with the cost and expense of discovery in this matter unless and until a ruling of defendants' *Motion to Dismiss* is made.

The defendants are shielded from the burdens of discovery and this Honorable Court should order a stay of all discovery until all immunity issues are resolved adversely and with finality.

## III.  CONCLUSION

The Defendant, James M. LeBlanc, respectfully request that this Honorable Court issue an order staying all discovery until the issues contained in the Defendants' *Motion to Dismiss* have been addressed.

---

³ Rec. Doc. 7.
⁴ Rec. Doc. 11 & 23.
⁵ Rec. Doc. 19.
⁶ *Lion Boulos v. Wilson*, 834 F.2d 504, 507 (5th Cir. 1987)(quoting *Harlow v. Fitzgerald,* 457 U.S. 800, 816 (1982)).

Respectfully submitted,

*/s/ Jonathan R. Vining*
**JONATHAN R. VINING (#30781)**
General Counsel
LA Department of Public Safety & Corrections
P.O. Box 94304, Capitol Station
Baton Rouge, La. 70804-9304
Telephone:    (225) 342-6728
Facsimile:    (225) 342-3278
Email: jvining@corrections.state.la.us

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 18th day of October, 2018, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

         */s/ Jonathan R. Vining*
                Jonathan R. Vining

3