UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD NELSON** | * | CIVIL ACTION |
| | * | |
| | * | NO. 18-282-SDD-EWD |
| **VERSUS** | * | |
| | * | JUDGE SHELLY D. DICK |
| | * | |
| **LA DEPT. OF PUBLIC SAFETY** | * | MAGISTRATE JUDGE |
| **AND CORRECTIONS, ET AL** | * | ERIN WILDER-DOOMES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the defendant's *Motion to Stay Discovery*, and the defendant's pending *Motion to Dismiss*;

**IT IS ORDERED** that the Motion to Stay Discovery is **GRANTED**. All discovery in the above-entitled matter is stayed until the Court rules on the *Motion to Dismiss*.

Baton Rouge, Louisiana, this _____ day of _____, 2018.

_____
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**