UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD NELSON** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 18-282-SDD-SDJ** |
| | * | |
| **JAMES LEBLANC, ET AL** | * | **JUDGE SHELLY D. DICK** |
| | * | |
| | * | **MAG. JUDGE JOHNSON** |

**************************************

### MOTION TO DISMISS AS MOOT AND FAILURE TO STATE A CLAIM

**NOW INTO COURT,** through undersigned counsel, comes the defendant, James Leblanc, who respectfully moves this Honorable Court to dismiss plaintiff's complaint pursuant to Rules 12(b)(1) and 12(b)(6) for the following reasons:

1.

Plaintiff has filed suit seeking the restoration of prison visitation privileges that were originally suspended on September 11, 2017, due to plaintiff's refusal to consent to a search.

2.

Plaintiff's visitation privileges were restored by prison officials on December 6, 2018—approximately 10 months <u>before</u> plaintiff filed her Second Amended Petition seeking restoration of visitation privileges to Louisiana State Penitentiary.

3.

Plaintiff's request for relief is now clearly moot.

4.

Plaintiff has also failed to cure the defects noted in the district judge's previous ruling in that Nelson has again failed to show any personal involvement on behalf of defendant LeBlanc

1

other than again alleging that he is "responsible for making the policies and procedures the guards followed."

5.

Thus, plaintiff has failed to state a cognizable claim against defendant LeBlanc.

**WHEREFORE,** James LeBlanc respectfully requests that this matter be dismissed with prejudice as moot and for failure to state a claim for which relief can be granted.

Respectfully submitted,

*/s/ Jonathan R. Vining*
**JONATHAN R. VINING (#30781)**
**ELIZABETH B. DESSELLE (#35034)**
LA Department of Public Safety & Corrections
P.O. Box 94304, Capitol Station
Baton Rouge, La. 70804-9304
Telephone:   (225) 342-6728
Facsimile:   (225) 342-3278
Email:       jonathan.vining@la.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 27, 2020, I electronically filed the foregoing Motion, Memorandum in Support, and Exhibits with the Clerk of Court by using the CM/ECF system. I further certify that all counsel of record received notice through said system.

*/s/ Jonathan R. Vining*
Jonathan R. Vining