December 6, 2018

TO: Timothy Lenoir # 298168
Camp D/Falcon 2

FROM: Joseph Lamartiniere
Deputy Warden Security

RE: Re-instatement of visiting privileges

Your request to have your visiting privileges reinstated with **Cornelius Ruffin, Donald Nelson and Glendoria Ruffin** has been approved effective immediately. It is your responsibility to notify your friends and family of their reinstatement.

Sincerely,

Joseph Lamartiniere
Deputy Warden Security

JL\co

XC: Front Gate Visiting
Classification Visiting
Offender Records
File


EXHIBIT D-5

## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
Governor

JAMES M. LE BLANC
Secretary

September 11, 2017

Donald Nelson
1529 Elzardi Blvd
New Orleans, La. 70114

Dear Mr. Nelson,

This letter will serve to inform you that you have been suspended from the approved visiting list of offender Timothy Lenoir # 298168 and any other list including special visits and/or special functions for a period of six (6) months. This does not mean your visits will be reinstated after the six months but the offender's record will be reviewed for possible reinstatement.

On September 10, 2017, you were going through the SecurePass machine when an unknown object was seen. You were escorted to the bathroom to be striped search at this time you refused to be strip searched due to being transgender. The Supervisor was notified and arrived at the front gate to speak with you regarding the situation. Security advised you of the shakedown policy and the strip search would be based on your driver's license. You again refused a strip search and stated you didn't want to visit and was going to sit in your vehicle while the family members you rode with continued their visit". The shakedown crew along with security went to the parking lot and told you that you were more than welcomed to sit inside but you and the vehicle will need to be shook down first. You then exited the vehicle and began making comments insinuating that you were being harassed due to you being transgender. Security tried to explain but you continued to interrupt. At this time two individuals approached the vehicle Mrs. Glendoria Ruffin which is your mother and Cornelious Lenoir which is your brother according to visiting documents. Your mother Mrs. Glendoria Ruffin then began questioning security as to why Mr. Nelson's visit was cancelled. Security then explained to Mrs. Ruffin that if they wanted to continue their visit they needed to go back to the visiting shed. At this time I noticed Mr. Lenoir with his cell phone held up as if he was recording what was going on. Security then stated to all involved that nothing more will be said while Mr. Lenoir was recording. Mr. Lenoir then stated it was his right to record. Mrs. Ruffin then got the cell phone from Mr. Lenoir and then Mr. Lenoir stated" you bunch of pussy bitches I ain't scared of you pussy bitches". Security then informed Mrs. Ruffin and Mr. Lenoir that their visit was cancelled and you would need to exit the premises. Mrs. Ruffin then stated "she will be contacting her lawyer and we are going to have all your jobs. You then entered the vehicle while making the same comments as Mrs. Lenoir. Mr. Lenoir continued using profanity and as the vehicle was pulling off he stuck his arm out the rear car window and raised his middle finger.

You may address this decision within fifteen (15) days in writing to Secretary James M. Le Blanc, Secretary Department of Public Safety and Corrections P.O Box 94304 Capital Station, Baton Rouge La 70804-94304.

General Delivery ✦ Angola, Louisiana 70712 ✦ (225) 655-4411 ✦ Fax (225) 655-2319 ✦ www.doc.la.gov
An Equal Opportunity Employer

Sincerely,

Leslie Dupont
Deputy Warden Security

LD/co

XC: James M. Le Blanc
    Front Gate Visiting
    Classification Visiting
    Offender File
    File

Form C-05-001-W-2
04 November 2016

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Miscellaneous)

INSTITUTION: LSP

| NAME: Donald Nelson | NUMBER: N/A | DORM OR CELL BLOCK: N/A | DATE OF INCIDENT: September 10, 2017 | TIME OF INCIDENT: Approx. 9:59 AM |
|---|---|---|---|---|
| LOCATION OF INCIDENT: Front Gate Visiting Shed | | WITNESSES: N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

- ☐ Accidents
  - ☐ Employee Accident
  - ☐ Offender Accident
  - ☐ Vehicle Accident
- ☐ Contraband
  - ☐ Inside Facility
  - ☐ Outside Facility
- ☐ Drug Screen
- ☐ Maintenance

- ☐ Medical
- ☐ Mental Health
- ☐ Protection Request
- ☐ Security Inspections
- ☒ Shakedowns
  - ☒ Routine
    - ☐ Staff  ☒ Visitor  ☐ Offender
  - ☐ Target
    - ☐ Staff  ☐ Visitor  ☐ Offender
- ☐ Use of Tact Team and Chase Team as outside assistance

☐ Other:

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Lieutenant Lisa Ramsey assigned to work front gate visiting. I, Lieutenant Ramsey was working the secure pass, when the visitor who was dressed as a female got on the secure pass to be scan. When I observed an unknown item on the visitor person. The Visitor was escorted to the bathroom to be strip search, when the visitor refused to be strip search due to being a transgender. I, Lieutenant Lisa Ramsey immediately notified Lieutenant Colonel Luke Rheams to report to the front Gate visiting shed. Shortly thereafter, Lieutenant Colonel Luke Rheams arrived at the front gate visiting shed, when I informed him of this situation. Lieutenant Colonel Luke Rheams talked to visitor about the shakedown policy, which the visitor still refused to be shook down. As Lieutenant Colonel Luke Rheams was talking with the visitor, the visitor continues to be loud and boisterous. On the Offender Visiting pass the visitor is listed as offender Timothy Lenoir brother. A short time later, Visitor Donald Nelson visit was terminated Per-Order Duty Warden Tim Delaney.

This is for your information and further handling.

_Lisa Ramsey_ (signature)
REPORTING OFFICER
Lisa Ramsey, Lieutenant

September 10, 2017
DATE COMPLETED

10:50 AM
TIME COMPLETED

```
LSP              September 10, 2017    03:59:34              MP  C  D  J

     298168   LENOIR              TIMOTHY
     DOC#  .  LAST NAME           FIRST NAME      MID INIT    ON DISCIPLINARY
     HOUSING ASSIGNMENT   D FAL 3      VISITING AREA _____  NON-CONTACT LIST:

     PHYSICAL LOC                      LOC.

     TIME VISITOR ARRIVED AT THE CAMP _____
     TIME INMATE ARRIVED AT THE VISITING AREA _____
     TIME VISIT ACTUALLY ENDED _____
     NUMBER OR CHILDREN UNDER 15 YEARS OLD ____ GIRLS ____ BOYS
     VISITOR

APP.   LAST NAME     FIRST NAME   MIDDLE NAME   RELATIONSHIP   APP CODES   DATES OF PREVIOUS VISITS THIS MONTH
       RUFFIN        GLENDORIA                  MOTHER

       NELSON        DONALD                     BROTHER       — refused shakedown

       LENOIR        CORNELIUS                  BROTHER
```

1529 Elzardi
New Orleans, La 70114

# Department of Public Safety & Corrections
### State of Louisiana

JOHN BEL EDWARDS
Governor

JAMES M. LE BLANC
Secretary

To: LSP Classification

From: Luke Rheams, Lt. Colonel
Main Prison West Yard B/D Team

Re: Cancelled visit

Date: September 10, 2017

On September 10, 2017 at approximately 10:15am I, Lt. Colonel Rheams, was notified by Lieutenant Lisa Ramsey that she needed me to come to the Front Gate Visiting Shed. When I arrived Lieutenant Ramsey informed me that she had a visitor whose image from the Securepass Scanner looked abnormal. Lieutenant Ramsey then stated that she attempted to perform strip search of the visitor to rule out the possibility of contraband being present but the visitor refused to consent to the strip search. Lieutenant Ramsey then informed me that the visitor dressed as a female but was in fact a male.

I, along with Lieutenant Ramsey, brought the visitor into a private office in the Front Gate Visiting Shed. Once in the office I introduced myself to the visitor and he introduced himself as "D. Nelson". This visitor began telling me that he was not going to consent to a strip search. I tried explaining the procedure regarding this type of scenario but this visitor continued interrupting me. I informed Mr. Nelson that his gender on his drivers license is what we would base our shakedown on. Mr. Dixon again refused consent to a strip search. I informed Mr. Dixon that his visit would be cancelled. Mr. Dixon then stated that he did not want to visit and was going to sit his a vehicle in the parking lot while the family members he rode with continued with their visit.

The shakedown crew and I went to vehicle Mr. Dixon wanted to sit in and informed him that he was welcome to sit and wait on his family members but the vehicle would have to be shookdown first. Mr. Dixon exited the vehicle and began making comments insinuating that he was being harassed due to him being a transgender. I then again attempted to explain to Mr. Dixon but continued to get interrupted. At that time two individuals approached the vehicle. One female and one male. The female stated she was Mr. Nelson's mother. Per the visitation form this is Mrs. Glendoria Ruffin. The male stated he was Mr. Dixon's brother. Per the visitation form this is Mr. Cornelius Lenoir. Mrs. Ruffin began questioning me concerning why Mr. Nelson's visit was cancelled. I informed Mrs. Ruffin that she and Mr. Lenoir was welcome to visit and if they wanted to continue with their visit they needed to go back in the visiting shed. At that time I noticed Mr. Lenoir had his cell phone held up as if he was recording what was going on. I stated to all involved that nothing else would be said while Mr. Lenoir was recording. Mr. Lenoir stated it was his right to record. Mrs. Ruffin then got the cell phone from Mr. Lenoir. Mr. Lenoir then began using profanity towards me and the shakedown crew

P.O. Box 94304 • Baton Rouge, Louisiana 70804 • (225) 342-6740 • Fax (225) 342-3095 • www.doc.la.gov
An Equal Opportunity Employer

09/10/2017  04:26   225655' 92

officers. He stated "you bunch of pussy bitches." "I ain't scared of you pussy bitches." I then informed Mr. Lenoir and Mrs. Ruffin that their visit was cancelled and they needed to exit the premises. Mrs. Ruffin then entered her vehicle stating she was contacting her lawyer and was going to have all of our jobs. Mr. Nelson entered the vehicle while making the same comments as Mrs. Ruffin. Mr. Lenoir continued using profanity and as the vehicle was exiting the parking lot he stuck him arm out the rear passenger side window and raised his middle finger. This is for your information and further handling.

Warden Delaney was notified of the incident —

Luke Rheams, Lt. Colonel

On the above date and time, I Lt. Johnathan Russell was called via radio by Lt. Col. Rheams to report to the Front Gate Visiting Shed. Myself, along with the rest of the B-Team Shakedown Team reported and arrived to the Front Gate Visiting Shed. After talking to Lt. Col. Rheams we walked to the back side of the parking lot to find a male visitor named Donald Nelson. I Lt. Russell was informed by Lt. Col. Rheams that Donald Nelson had refused a shakedown inside the visiting shed. We find Donald Nelson sitting inside a vehicle. Lt. Col. Rheams then asked Donald Nelson to step out from the vehicle. Lt. Col. Rheams was trying to explain the process of every visitor having to be shookdown, and visitor Donald Nelson clearly stated that he was not going to be shookdown. At that time, a male visitor Cornelius Lenoir, brother of Donald Nelson walked up to the vehicle and grabbed his cell phone from the back seat area. He then started videoing Lt. Col. Rheams, and all members of the Shakedown team. Lt. Col. Rheams then asked visitor Cornelius Lenoir to put away his phone. At that time, the mother Glen Dora Ruffin walked up to the vehicle. Visitor Cornelius Lenoir then started cursing Lt. Col. Rheams, and B-Team Shakedown Team. Using words such as (bunch of pussies, pussy ass mother fuckers, I ain't scared of ya'll bitches). Lt. Col. Rheams then notified Warden Delaney via cellphone of the situation. Lt. Col. Rheams then notified the visitor's that their visit had been canceled. At that point, the visitors exited the parking lot yelling (ya'll will hear from my lawyer). This is for your information and further handling.

Lt. Johnathan Russell
B-Team Shakedown Team
9-10-17   approx. 10:15am

Eric Turner | Sept 10, 17   40:15

On the above date and appox the Shakedown was call to the front gate visiting shed by Lt Col Rahmes Upon arriving at the front gate visiting shed. Lt Col Rahmes notified the shakedown team that a visiter had refused serach and did not leave the prison ground and he wanted us to shakedown the vehicle that the vistor had return to. The shakedown alone with Lt Col. Rahmes then approach the vehicle where the vistior was sitting in he was asked by Lt Col. Rahmes to step out and guy immediately stated

this is discrimination because I am a trangender Lt. Col Rahmes then tried to explian the policy in very profes manner. By this time another guy and lady returned to the vehicle. The guy went in the vehicle Stated this is some bullshit pulled his cellphone and begin to record Lt. Col Rahmes and the rest of shakedow He was then ask by Lt Col Rahmes to put his phone and then the guy started to say very Profane things to Lt Col Rahmes and the shakedown team. They were then told by Lt Col Rahmes if we couldn't shakedown the vehicle down they had t leave the presan grounds

Eric Turner

By: Sgt Kerry Murray / Visitor Shakedown

On the above date and approximate time while making rounds in Main Prison visiting shed Lt. Col Rhems told me to ride with him to the front gate visiting shed. Upon arrival at the front gate visiting shed Lt. Ramsey informed me that the above visitor Donald Nelson refused to be shakedown. Lt. Ramsey and Lt. Col Rhems took Donald Nelson to the visiting office to talk about the situation. Visitor Donald Nelson exited the room saying he was not being shookdown and told his family members he wasn't visiting. This visitor exited the building and went back to his vehicle. The rest of the Tiger shakedown arrived, Lt. Col Rhems, the shakedown members, myself went to find the vehicle the visitor was riding in. Visitor Don Nelson was found in a white vehicle on the south side of the visit shed. Lt. Col. Rhems asked visitor Donald Nelson to step out of the vehicle. Lt. Col. Rhems started explaining that the vehicle was going to need to be shakedown because he refused a shakedown and they were parked on state property. Visitor Donald Nelson clearly stated that he nor the vehicle was going to be shookdown. At that time a male visitor by the name of Cornelius Lanoir, brother of Donald Nelson, walked up to the vehicle. He opened the back passenger door and grabbed a cell phone from the back seat. Visitor Lanoir started filming the situation and all of the partys. Also Lt. Col. Rhems asked visitor Lanoir to put away his cell phone but he refused. At that time the two visitors mother Elea Doria Rattin walked up to the vehicle. Visitor Lanoir then started cursing Lt. Col Rhems and the shakedown team using words as bunch of pussies, pussy ass mother fuckers and I ain't scared of ya'll bitches. Visitor Nelson started

Reference Statement for Visitor Danielle Nelson

Date: 9/10/17   Time: 10:15am

By: Msgt Kerry Murray / BTcom Shibodeon

yelling y'all will be hearing from my lawyer trouting in this way. Also Doria Rollin was accusing Lt Col Rhears that he wasn't letting her son visit because he was a transgender but refused to listen to Lt Col Rhears explanation as to why he couldn't visit. Visitors Danielle Nelson Cornelius Lewis and Also Doria Rollin then got into their vehicle while still cursing and threatening with lawyers and left the premises. This is for your information and for further handling.

Ledell Vevls Sept 10, 17  10:15 a.m.

On the above date and approx. time the shakedown was sent to the front gate visiting shed. Lt col Rheams notified the B-team shakedown crew that Donald Nelson had refused a search and refused to leave Angola Prison and col. Rheams wanted us to shakedown the vehicle where the visitor was sitting in. He was asked by Lt col. Rheams to get out and Donald Nelson stated this is discrimination because I am a transgender. Lt. col Rheams then explain to Donald Nelson the rules very professional manner. Donald Nelson stated this same bullshit pulled out his cell phone recording col Rheams and the rest of the shakedown crew. Col Rheams asked Donald Nelson to put his phone up and Donald Nelson started talking very unprofessional to col Rheams and the shakedown crew. They were then told by Lt col Rahmes if we couldn't shakedown the vehicle down then you would have to leave the prison grounds.

Patrick Smith

9-10-17 / 10:15 AM

On the above date and time, I Msgt Patrick Smith along with the rest of the Shakedown Team. Was called to the Front gate visiting Shed, By Lt Col Rehams to Shakedown a Vehicle on the back side at the Visiting Shed. When we arrived at the back of the Parking Lot, we found a male visitor sitting in the parked car. Lt Col Rehams asked the visitor, to exit the Vehicle, the male visitor asked was he being picked on. By this time visitor brother Cornelius Lenoir along with his mother arrived at the vehicle. Lt Col Rehams was trying to explain the Process of everything. At this time Cornelius Lenoir grabbed his cell phone, from the back seat of the car. And stated that.

This is some bull shit. At this time Cornelius Lenoir started videoing. Lt Rehams and all members of the Shakedown team, Cornelius Lenoir Started cursing. Saying Yall are a bunch of ass mother Fuckers, I'm not scared of bitches, yelling yall will be hearing from our lawyers. This is for your information and further handling.

MSgt Paul Smith

Name: Msgt. Enrico George
Date: 9-10-17
Time: 10:15am

On the above date and approximate time (10:15am) Lt. Russell, myself (Enrico George) and other B-team shake down team members were called to the front gate visiting shed by Lt. Col. Rheams. After we arrived we followed Lt. Col. Rheams to the back side of the visiting shed parking lot and he asked the visitor to exit the vehicle so it could be searched. The visitor exited the vehicle and was saying "Why I can't go visit Jooby?" Lt. Col. Rheams response was "because you refused a shake down by a male officer." The visitor then stated that "I'm a transgender and I want to be searched by a woman officer." Lt. Col. Rheams then stated "it's in the policy that we have to go by what your driver license states your gender is." Two more visitors then approached the vehicle. An older lady stating "thats my son why he just can't sit in the car while we visit." Lt. Col. Rheams then stated "thats ok as long as we can search this vehicle first." Thats when the other visitor (male) got inside the vehicle and stated "fuck you pussy mother fuckers I'm not afraid of yall, you all is a bunch of pussy mother fuckers." Then all 3 visitors got in the vehicle while leaving they all were yelling yall gonna here from our lawyer and throwing the middle finger. The visitors were later identified as Donald Nelson (Transgender) Cornelius Lenoir (male visitor who spoke inappropriately) and Glen Doria Ruffin (Mother). At no time did any officer present act unprofessionally towards the visitors. This is for your information and further handling.

Msgt Enrico George

09/10/2017 04:26  2256‗382  WEST YARD

Reference: Statement for Visitor Donald Nelson