# Department of Public Safety & Corrections
## State of Louisiana

**JOHN BEL EDWARDS**
Governor



**JAMES M. LE BLANC**
Secretary

Date:    November 1, 2018

To:    All Wardens, Leadership Team

From:    James M. Le Blanc, Secretary

Re:    Department Regulation No. C-02-008 "Offender Visitation"

I have approved the attached revised regulation. These revisions must also go through the rule promulgation process. In the meantime, please consider these changes effective immediately and proceed with implementation.

Please review the regulation in its entirety as it has undergone comprehensive revisions. A summary of substantive changes are as follows:

- Legislation and ACA cleanup
- Reorganization
- Substantive addition of body scanning as a search mechanism and refusal of body scanning
- New department-wide Visiting Guidelines (Attachment C-02-008-A) and elimination of a number of unit-specific visiting guidelines (i.e. dress code)
- Provisions for SB 49: Visitation while in ICU or trauma center
- Notification of Approval/Denial for Applications for Visiting
    - The Warden or designee shall be responsible for rendering a decision regarding the approval or denial of each Application for Visiting Privileges (C-02-008-A), as well as notifying the offender and the applicant in writing of such decision.
- Restriction of an **Offender's** Visiting Privileges: Noncontact visiting and suspension of visiting
    - Noncontact Visiting – Added assault on staff as a reason for noncontact visiting; Added provisions for noncontact for up to 12 months for a second or more violation within 5 years.
    - Suspension of Visiting – Added intoxication as a reason for suspension of visiting; Removed provisions for suspension for up to 12 months for a second or more violation within 5 years; Added prohibition of suspending visitation for 12 consecutive months.
    - The Warden or designee shall ensure that at the conclusion of an offender's restriction of visiting privileges (noncontact visiting or suspension of visiting), the offender's visiting privileges are reinstated.
    - An offender who is currently subject to suspension of visiting may be granted a special visit.

EXHIBIT
D-6
Blumberg No. 5118

- Restriction of a **Visitor's** Visiting Privileges:
  - The suspension of visiting may be temporary (removal from visiting list for a fixed period of time) or indefinite (removal from a visiting list for an undetermined amount of time), depending upon the severity of the offense and at the discretion of the Warden or designee.
  - Removed section requiring giving a reason and a hearing.
- Number and duration of visits
  - The Warden or designee may limit the number of visitors an offender may receive, the length of visits, and the days and hours on which visits may occur *based on the institution's schedule, space, and personnel resources, or when there are substantial reasons to justify such limitations* (e.g. visitation may jeopardize the safety and security of the institution or visitors). Each institution must outline visiting guidelines in their IP based on this standard. (i.e. 2 hours is optimum due to their institution's schedule, space and personnel constraints)
- Expanded Special Visits
- Added provisions for service dogs for visitors with a disability
- Requires the following to be posted:
  - Visiting Guidelines (Attachment C-02-008-A) in all units visiting areas
  - Language re: there is the potential for monitoring anywhere in the visiting area in all units visiting areas
  - Language re: drug detection canines may be in use in visitor processing area
- The Unit Head or designee shall ensure the procedures governing visitation as outlined in this regulation be made available to the offender within 24 hours after arrival at the facility.

**STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES**

**Department Regulation
No. C-02-008**



**20 November 2018**

**FIELD OPERATIONS
Security
Offender Visitation**

1.   **AUTHORITY:**   Secretary of the Department of Public Safety and Corrections as contained in Chapter 9 of Title 36.

2.   **REFERENCES:**   Overton v. Bazzetta, 539 U.S. 126, 123 S.Ct. 2162, 156 L.Ed.2d 162 (2003); La. R.S. 9:364.1, 14:54.3(C), 14:110, 14:402, 15:541, 15:833(A), and 46:1951 – 1953;  ACA Standards 4-4142, 4-4156, 4-4169, 4-4267, 4-4169, 4-4275, 4-4285, 4-4429, 4-4498, 4-4499, 4-4499-1, 4-4500, 4-4501, 4-4503, and 4-4504 (Adult Correctional Institutions) and 2-CO-5D-01 (Administration of Correctional Agencies); Department Regulation Nos. A-02-017 "Equal Employment Opportunity" B-02-017 "Classification Plan," B-05-001 "Disciplinary Rules and Procedures for Adult Offenders," B-05-005 "Administrative Remedy Procedure," B-08-005 "Faith-Based Programs and Services," B-08-006 "Offender Organizations," B-08-018 "Effective Communication with the Hearing Impaired," B-09-003 "Offender Banking," C-01-004 "Attorney Visits," C-01-018 "Victim-Offender Dialogue," C-02-002 "Institutional Riots, Major Disturbances and Hostage Situations," and C-02-005 "Searches of Visitors;" Department Offender Posted Policies (DOPP's) #034 "Maximum Custody Housing" and #035 "Maximum Custody Housing-Privileges and Restrictions;" The Louisiana Register dated September 20, 2015; and Offender Rulebook: Disciplinary Rules and Procedures for Adult Offenders.

3.   **PURPOSE:**   To establish the protocol through which offenders may receive visits from persons outside the Department in order to preserve family ties and relationships in the community while maintaining safe, secure and orderly management and operation of the institution.

4.   **APPLICABILITY:**   Deputy Secretary, Chief of Operations, Communications Director, Regional Wardens and Wardens.  Each Warden shall be responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this regulation and for conveying its content to all offenders, affected employees and visitors.

5.   **POLICY:**   It is the Secretary's policy that authorized visitation be permitted at each institution and that each institution conducts the visiting process in accordance with this regulation and with as much uniformity and consistency as possible while considering the institution's physical limitations and security needs. Thus, the visiting process shall not overly tax the institution's resources or its ability to maintain adequate supervision and security.  In this matter, as in all others affecting institutional operations, safety and

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Two**

security are the primary considerations. Any restrictions placed on visiting privileges pursuant to this regulation are rationally related to legitimate penological interests.

NOTE: The Department understands the importance of visitation in maintaining an offender's relationships; visitation is an integral component of institutional management. The Department recognizes that the majority of offenders will be released into the community and that the offender's eventual reintegration may be more successful if a visitation program permits the maintenance of social relationships. Visiting may improve public safety and encourage offender accountability.

6. **DEFINITIONS:**

A. **Attorney Visit:** Visit by an attorney or authorized representative, such as a paralegal, legal assistant, law clerk and investigator whose credentials have been verified. (See Department Regulation No. C-01-004 "Attorney Visits" for additional information.)

B. **Contact Visiting:** Visitation in an area free of obstacles or barriers that prohibit physical contact between offender and visitors.

C. **Contraband:** For the purpose of this regulation and pursuant to La. R.S. 14:402, contraband means:

1) Any controlled dangerous substance as defined in R.S. 40:961 et seq. or any other drug or substance that, if taken internally, whether separately or in combination with another drug or substance, produces or may produce a hypnotic or intoxicating effect. This shall not apply to a drug or substance that has been prescribed by a physician, if:

a. The drug or substance is in a container issued by the pharmacy or other place of dispensation;

b. The container identifies the prescription number, prescribing physician, and issuing pharmacist or other person; and

c. The container is not concealed upon the body of the person.

NOTE: Only prescribed medication that is life-saving or life-sustaining shall be permitted and medication shall be limited in quantity to no more than that required for the duration of the visit. Visitors must advise institutional staff at the visiting desk that he/she is in possession of medication. (See Visiting Guidelines (Attachment C-02-008) for more information on medication allowed during visitation.)

2) A dangerous weapon or other instrumentality customarily used or intended for probable use as a dangerous weapon or to aid in an escape

3) Explosives or combustibles

4) Plans for the making or manufacturing of a dangerous weapon or other instrumentality customarily used or intended for probable use as a dangerous weapon or to aid in an escape, or for the making or manufacturing of explosives or combustibles, or for an escape from an institution

5) An alcoholic beverage or other beverage that produces or may produce an intoxicating effect

6) Stolen property

7) Any currency or coin over the amount allowed at the institution (See Visiting Guidelines (Attachment C-02-008) for more information on cash money allowed during visitation.)

8) Any article of food, toiletries, or clothing

9) Any telecommunications equipment or component hardware, including but not limited to:

    a. Cellular phones;
    b. Pagers;
    c. Beepers;
    d. Global satellite system equipment;
    e. Subscriber identity module (SIM) cards;
    f. Portable memory chips;
    g. Batteries;
    h. Chargers; and
    i. Cameras or recording devices.

10) Any sketch, painting, drawing or other pictorial rendering produced in whole or in part by a capital offender.

NOTE: Exceptions may be authorized by the Warden. See Visiting Guidelines (Attachment C-02-008) for more information.

D. **Emergency**: Any significant disruption of normal facility or agency procedure, policy, or activity caused by riot, escape, fire, natural disaster, employee action, or other serious incident.

E. **Employee:** Any person employed full-time, part-time or on temporary appointment by the Department.

F. **Excessive Contact:** Prolonged or frequent physical contact between a visitor and an offender that exceeds the brief embrace and kiss upon meeting and leaving and handholding. Excessive is not casual contact, but rather a pattern of contact beyond rule limits.

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Four**

G. **Immediate Family Member:** Includes the offender's father, mother, siblings, legal spouse, children, grandparents, grandchildren, aunts, uncles, and legal guardians including those with a "step," "half" or adoptive relationship and those persons with the same relationship of the offender's legal spouse and any others indicated on the offender's Master Record as having raised the offender. Verification of an offender's immediate family member may be required.

H. **Intake Status:** The 30-day period of time following delivery of an offender to the custody of the Department. During this time, staff conducts intake processing of the offender including, but not limited to, medical and mental health assessments, custody classification and identification of programming needs and assignments.

I. **Minor Child:** Anyone under the legal age of majority (18 years).

J. **Noncontact Visiting:** Visitation in an area that restricts offenders from having physical contact with visitors. Physical barriers usually separate the offender from the visitors with screens and/or glass. Voice communications between the parties are typically accomplished with phones or speakers. Noncontact visiting may also include video visitation.

K. **Serious Bodily Injury:** For the purpose of this regulation, bodily injury that involves unconsciousness, extreme physical pain or protracted and obvious disfigurement, or protracted loss or impairment of the function of a bodily member, organ, or mental faculty, or a substantial risk of death.

L. **Sex Crime Involving a Minor Child:** Any conviction of a sex offense as defined in La. R.S. 15:541 that was committed, attempted or conspired in which a minor child was involved, victimized or the intended victim.

M. **Suspension of Visiting:** The discontinuation of an offender's visiting privileges for a determinate period of time, excluding approved clergy visits, attorney visits and special visits.

N. **Terminally Ill Offender:** For the purpose of this regulation, any offender who is diagnosed with a terminal illness and death is expected within one year. The medical condition of a terminally ill offender is usually permanent in nature, and carries a poor prognosis.

O. **Video Visitation:** A method of visitation that allows offenders to visit through electronic media. Video visitation is considered a special visit.

7. **VISITATION ELIGIBILITY**

A. Offender Eligibility

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Five**

1) All offenders, except those offenders in intake status or as specifically provided herein, shall be eligible to apply for visitation while housed in a departmental facility.

2) Offenders in Intake Status

Visitation shall not be allowed for offenders in intake status. If the intake process exceeds 30 days, the offender may request a special visit with immediate family members in accordance with the Reception Center's visiting procedures. Once an offender is removed from intake status, visitation with immediate family members may be authorized by the receiving facility's Warden or designee at the request of the offender until the offender's visitation application process is complete.

3) Offenders Transferred to Another Facility

Offenders transferring to another institution may be authorized to visit with their approved visitors at the receiving institution at the discretion of the receiving facility's Warden or designee.

4) Offenders with No Established Visiting Record

Offenders entering an institution with no established visiting record may be granted tentative approval to visit immediate family members upon the request of the offender and at the discretion of the Warden or designee. Disapproval of such requests shall be based upon legitimate security considerations. These immediate family members must be claimed on their master record; verification may be required.

B. Prospective Visitor Eligibility

1) Any persons may apply to visit an offender housed in a departmental facility upon the offender's request.

2) The following persons shall not be eligible to visit an offender:

a. Individuals with Criminal Conviction/Pending Criminal Charges for the Following Crimes/ Criminal Activities:

i. Introduction and/or supplying, attempting or conspiring to introduce or supply contraband;

ii. Possession, control or delivery of an explosive as defined in La. R.S. 14:54.3 (C) including attempt or conspiracy to do the same; or

iii. Assisting an offender in an escape from a correctional facility as defined in La. R.S. 14:110, including an attempt or conspiracy.

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Six**

b.   Victims

Visits from the offender's direct victim(s) shall be prohibited except in accordance with Department Regulation No. C-01-018 "Victim-Offender Dialogue."

c.   Ex-Offenders/Parolees/Probationers

i.   A person who has been convicted of a felony in any state or federal jurisdiction who has not been finally discharged from an institution or from probation or parole supervision for more than two years without an intervening criminal record may be denied approval to be placed on an offender's visiting list at the discretion of the Unit Head or designee.

ii.   In addition, any person who in the previous five years had three or more felony charges (regardless of disposition) may be considered ineligible to be on an offender's visiting list or, if already on an offender's visiting list, may be removed at the discretion of the Unit Head or designee.

d.   Employees/Former Employees

Visitation by employees or former employees of the Department may be permitted for immediate family members only.  Employees or former employees who worked primarily in the prison-setting shall submit requests to visit an incarcerated family member to the Warden or designee of the applicable facility. Employees or former employees who did not work primarily in the prison setting (e.g. headquarters) shall submit requests to visit an incarcerated family member to the Chief of Operations.

3)   Exceptions to the provisions of this section, including approving a visit by a person who is otherwise not eligible to visit offenders, may be specifically authorized by the Warden or designee on a case-by-case visit and in accordance with section 8.K. of this regulation, "Special Visits."

8.   **PROCEDURES**

A.   The Unit Head or designee shall ensure the procedures governing visitation as outlined in this regulation and Visiting Guidelines (Attachment C-02-008) be made available to the offender within 24 hours after arrival at the facility to include, but limited to:

1)   Facility address/phone number, directions to facility, and information about local transportation;

2)   Days and hours of visitation;

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Seven**

    3)    Approved dress code and identification requirements for visitors;

    4)    Items authorized in visitation room;

    5)    Special rules for children;

    6)    Authorized items that visitors may bring to give to the offender (e.g. photos); and

    7)    Special visits.

**B.**    Visitation Application Process

    1)    Application for Visiting Privileges

        a.    The Communications Director shall ensure the Application for Visiting Privileges (Form C-02-008-A) be posted on the Department's website.

        b.    Offenders shall be responsible for initiating the visitation application process by sending the Application for Visiting Privileges (Form C-02-008-A) to persons they wish to visit.

        c.    All prospective visitors must complete the Application for Visiting Privileges (Form C-02-008-A) and mail it to the facility housing the offender the visitor wishes to visit. Faxes and emails of the application are not acceptable. The application shall be completed fully and honestly. Failure to provide all requested information may result in a delay in the processing of the application or a denial of visiting privileges.

        d.    Parents/Legal Guardians shall be required to complete the Application for Visiting Privileges (Form C-02-008-A) for a minor child wishing to visit and shall sign the application on behalf of the minor child.

        e.    The Warden or designee shall receive and process each Application for Visiting Privileges (Form C-02-008-A) in accordance with this regulation.

        f.    All visitors and offenders shall be provided equal opportunities in visiting in accordance with the offender's security classification and housing assignment.

    2)    Criminal History Screening

        a.    The Warden or designee shall ensure that each adult applying to visit an offender undergoes a criminal history screening through one of the following methods:

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Eight**

    i.    Criminal History Background Questionnaire (Form C-02-008-B) completed by local law enforcement;

    ii.    CAJUN 2 inquiry;

    iii.    National Crime Information Center (NCIC); or

    iv.    Louisiana Computerized Criminal History (LACCH).

b.    In addition, approved adult visitors shall be re-screened for criminal history every two years in accordance with the provisions of this Section.

c.    When an active criminal warrant is found, the application shall be reviewed and local law enforcement shall be notified of the information provided. The information on the applicant's criminal history is treated as confidential and shall not be released to the offender.

3)    Notification of Approval/Denial

a.    The Warden or designee shall be responsible for rendering a decision regarding the approval or denial of each Application for Visiting Privileges (C-02-008-A), as well as notifying the offender and the applicant in writing of such decision.

b.    The Warden or designee shall ensure that each approved Application for Visiting Privileges (C-02-008-A) is in the respective offenders' file prior to visiting.

C.    Establishing and Maintaining Visiting Lists

1)    Visiting List

a.    Offenders shall be responsible for completing the Initial Request for Visitors (Form C-02-008-C) to request visitors, including providing the correct name, address, date of birth, race and sex of all prospective visitors.

b.    The Initial Request for Visitors (Form C-02-008-C) shall serve as the offender's visiting list.

2)    Approved Visitors

a.    Each offender shall be permitted up to 10 approved visitors on his or her visiting list.

NOTE: At the discretion of the Warden or designee, an offender participating in a special recognition program (i.e. PRIDE Program)

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Nine**

may be allowed to have up to 15 approved visitors placed on his visiting list.

b. Legal advisors, one approved religious advisor of the offender's faith and minor children shall not be counted toward the maximum number of approved visitors; However, the names of the legal advisors, one approved religious advisor, and minor children shall still appear on the offender's visiting list. .

c. Minor children may visit on any of the regular visiting days when accompanied by an adult visitor on the offender's approved visiting list. Both the minor child and the adult visitor accompanying the minor child must be visiting the same offender at the same time. Exceptions to being accompanied by an adult may be specifically authorized by the Warden or designee and include, but are not limited to, the following:

   i.   Minor spouse;
   ii.  Emancipated minors (Judgment of Emancipation required as proof); or
   iii. Minors visiting as part of approved institutional programs such as school groups, church groups, parenting groups, etc.

3) **Visitors May Only be on One Offender's Visiting List**

A visitor shall be allowed on only one offender's visiting list per institution, unless that visitor is an immediate family member of more than one offender. If a visitor is the immediate family member of more than one offender and wishes to be on multiple family members' visiting lists, the burden of proof and documentation shall be the responsibility of the offender and his family. Visitors may request that they be removed from one offender's visitor's list and placed on another offender's list in accordance with this regulation.

4) **Offender Request to Change the Visiting List**

a. Each offender shall be allowed to request changes (additions and/or deletions) to his approved visiting list upon arrival at the receiving institution and every four months by completing Request for Changes to Approved Visiting List (Form C-02-008-D).

b. A Request for Changes to Approved Visiting List (Form C-02-008-D) shall be made available to offenders to request changes to their approved visiting list.

5) **Visitor Request to be Removed from the Visiting List**

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Ten**

A person may be removed from the offender's approved visiting list at his or her own request to the institution's Warden. .  If a visitor requests such removal, the visitor must wait six months before applying to visit the same or another offender.  Exceptions may be made for immediate family members by the Warden or designee.

6)     Offender Refusal to See an Approved Visitor

An offender may refuse to see a visitor; however, the offender shall be required to sign a statement to that effect and the statement shall be filed in the offender's Master Record.  Should the offender refuse to sign a statement, documentation of the refusal shall be placed in the offender's Master Record.

D.   Treatment of Visitors

1)     Visitors shall be treated with courtesy at all times and shall not be subjected to unnecessary delay or inconvenience in accomplishing a visit.

2)     Reasonable Accommodations

Reasonable accommodation shall be made to ensure that all parts of the facility that are accessible to the public are accessible and usable by visitors with disabilities. Visitors requesting accommodations shall submit advance notice of the accommodation requested to the facility's Warden or Designee.

3)     Service Dogs

a.     Visitors with a disability may be accompanied by a service dog that is specially trained to aid them. No person with a disability shall be denied the use of a service dog.

b.     Employees shall not ask a visitor with a disability the nature or extent of their disability or require documentation for proof that the dog has been certified, trained, or licensed as a service dog.

c.     In order to determine whether a dog qualifies as a service dog, employees may ask the following questions:

i.     Is the service dog required because of a disability?
ii.     What work or task has the service dog been trained to perform?

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Eleven**

    d.    At the discretion of the Warden or designee, employees may ask a visitor with a service dog to remove the service dog from the premises in the following circumstances:

        i.    The service dog is out of control and the visitor with the service dog does not take effective action to control the dog, or

        ii.    The service dog is not housebroken.

    e.    If a visitor with a service dog is asked to remove the service dog from the premises, the Warden or designee shall ensure the following:

        i.    The visitor is offered the opportunity to visit without the service dog, and

        ii.    An Unusual Occurrence Report (Miscellaneous) (Form C-05-001-W-2) is completed to document the request to remove the service dog, the offer to visit without the service dog, and the visitor's decision regarding the offer.

    f.    Visitors with service dogs shall be liable for any damage done to the premises, facility, operators, or occupants by the service dog.

    g.    Vaccination requirement.

**E.**    **Number and Duration of Visits**

The Unit Head or designee may limit the number of visitors an offender may receive, the length of visits, and the days and hours on which visits may occur based on the institution's schedule, space, and personnel resources, or when there are substantial reasons to justify such limitations (e.g. visitation may jeopardize the safety and security of the institution or visitors).

**F.**    **Designated Visiting Areas**

    1)    Contact or Noncontact Visiting Areas

        a.    Designated visiting areas shall permit informal communication including the opportunity for physical contact. Noncontact visiting shall be used only in instances of substantiated security risk.

        b.    Unit specific operational procedures shall designate the location(s) for offender visitation and whether the areas shall permit contact visiting or noncontact visiting.

        c.    Family visiting and contact visiting shall be permitted to the extent possible. Minor children may be prohibited from participating in noncontact visiting at the discretion of the Unit Head or designee.

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Twelve**

2) Visiting Room

Each facility, except Reception Centers, shall designate at least one location that shall be used for offender visitation. These areas shall be in locations that ensure the safety and security of the facility and the persons involved. Visiting rooms shall be accessible to offenders with disabilities.

3) Visiting Area for Minor Children

The Warden or designee shall take into consideration the impact that visits with parents or grandparents in a correctional setting may have on young children, especially pre-school age children. When possible and taking into consideration the physical environment and space capabilities, the visiting area(s) shall make special accommodations to entertain and occupy the minds of these children. These accommodations may include a separate room adjoining the main visiting area that is bright, inviting and comfortable or a similar space within the main visiting room. Appropriate age books, games and toys may be available in these areas. At all times, children must be supervised by the adult visitor who is accompanying the minor child on the visit. The use of this type of area shall be accomplished without the need for additional staff to supervise the area.

4) Visiting Area for Offenders in Segregated Housing

Offenders who are housed in segregated housing shall have opportunities for visitation unless there are substantial reasons for withholding such privileges at the discretion of the Warden or designee. (See Department Regulation No. B-02-019 "Custody Levels" for more information on segregated housing.)

G. Supervision of Visiting Areas

1) The Warden or designee shall ensure that staff provides direct visual supervision of the entire visitation area at all times. While mirrors and cameras can compensate for blind spots, staff shall position themselves throughout the visitation area to maintain a direct line of sight on interactions between offenders and visitors.

2) Staff shall immediately intervene on inappropriate behavior, including, but not limited to any behavior involving a violation of Visiting Guidelines (Attachment C-02-008).

3) Notices shall be posted informing visitors of the potential for monitoring anywhere in the visiting area. Staff of the same gender as the visitor shall monitor the restrooms during visits if there is reasonable suspicion that a

visitor or offender may engage or be engaging in some form of inappropriate behavior.

H.    Visitation Searches

1)    There shall be adequately designed space to permit screening and searching of both offenders and visitors.

2)    Visitors shall be subject to a search of their vehicles, possessions and persons. This is necessary to preclude the introduction of contraband or other prohibited items into the institution. All searches of visitors shall be conducted in accordance with Department Regulation No. C-02-005 "Searches of Visitors."

3)    Visitors and permitted service dogs as outlined in section 8D (3) may be subject to body scanning and/or the use of a metal detection system to identify external and/or internal contraband or other prohibited items that in possession of a visitor. A visitor's refusal of the use of body scanning and/or a metal detection system may result in the denial of the visitation.

4)    The following individuals may, upon request, elect not to undergo body scanning, but instead shall undergo other search techniques outlined in Department Regulation No. C-02-005 "Searches of Visitors" that are deemed appropriate by the Warden or designee:

a.    Pregnant women;
b.    Persons receiving radiation treatment for medical conditions; and
c.    Infants and children 12 years and younger.

NOTE: Pregnant women and persons receiving radiation treatment must produce a doctor's note on a prescription pad verifying their health condition.

5)    Signs shall be posted in the area(s) where visitors are initially processed and in the visiting rooms/areas notifying visitors that drug detection canines may be in use at the facility and visitors shall be subject to search by these canines.

I.    Visiting Guidelines

1)    Visiting Guidelines (Attachment C-02-008) shall serve as the Department's visiting rules and shall apply to all types of visitation outlined in this regulation.

2)    The Unit Head or designee shall ensure Visiting Guidelines (Attachment C-02-008) are posted in visiting areas and visitors are informed in writing of Visiting Guidelines (Attachment C-02-008).

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Fourteen**

       3)    Visitation is a privilege and not a right. Violation of Visiting Guidelines (Attachment C-02-008) may result in any of the following:

          a.    Termination of the visit;

          b.    Restriction of the offender's visiting privileges (either noncontact visiting or suspension visiting ) (See section 8.R. of this regulation for more information);

          c.    Suspension of the visitor's visiting privileges (See section 8.S. of this regulation for more information);

          d.    Banning of the visitor from entering the institution or its grounds; and/or

          e.    Criminal charges as circumstances warrant.

J.    Unit-Specific Visiting Procedures

       1)    The Communications Director shall ensure the following unit-specific visiting information be posted on the Department's website:

          a.    Each institution's address and phone number;

          b.    Directions to each institution;

          c.    Information regarding local transportation to each institution; and

          d.    Visiting days and hours of each institution.

K.    Special Visits

       1)    Special visits may be granted on a case-by-case basis with the prior approval of the Warden or designee.  Unit operational procedures shall specify the parameters for such approval, with consideration given to sources of transportation, accessibility to the facility by visitors, the distance a visitor must travel and any other special circumstances.

       2)    The following visits shall be considered special visits:

          a.    A visit that is permitted at a time and/or place at which visits are not normally permitted;

          b.    A visit with a visitor on the offender's approved visiting list that is beyond the limits of the number and length of visits established by the institution's policy;

          c.    A visit with a visitor who is not on the offender's approved visiting list (i.e. out-of-state family members or friends);

          d.    A visit with a visitor who is otherwise not eligible to visit offenders;

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Fifteen**

    e.    A visit with a visitor on the offender's visiting list when the offender is subject to suspension of visiting as outlined below in section 8.R. of this regulation;

    f.    Video visitation as outlined below is section 8.L of this regulation;

    g.    A visit with a visitor on the offender's visiting list when the offender is hospitalized for over ten days in an off-site hospital, in accordance with the hospital's visiting rules, guidelines and designated visiting hours. (The ten-day rule may be waived by the Warden or designee. It shall be the responsibility of the Chaplain or other designee to coordinate the visits with security staff.); and

    h.    A visit with an immediate family member when the offender is admitted to an intensive care unit (ICU) or trauma center due to a serious bodily injury or due to being a terminally ill offender for the duration of the offender's admission to the ICU or trauma center, unless the Warden or designee provides written (fax, email, or hand delivered letter) notice within 6 hours of the offender's admission to the ICU or trauma center to the specific immediate family member or members seeking visitation why such visitation cannot be granted, pursuant to La. R.S. 15:833(A);

        i.    If the offender's admission to the ICU or trauma center occurs between 8:00 p.m. and 4:00 a.m., the Warden or designee shall provide the required written notification within 24 hours of the time the serious bodily injury occurred.

        ii.    Pursuant to La. R.S. 15:833(A), the Warden or designee shall attempt to notify the offender's immediate family within 8 hours of the medical decision to transport the offender to the ICU or trauma center.

        iii.    Based on extenuating circumstances, the Warden or designee may extend the definition of an offender's immediate family member.

L.    Video Visitation

    1)    Video visitation involves open internet capability requiring on-site supervision at both locations when in use and shall not involve or allow connection to the Department's network.

    2)    The Warden or designee shall ensure that all laptops, laptop connection cards or wireless internet connection cards are maintained in a secure location when not in use that is not accessible by offenders or other unauthorized persons.

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Sixteen**

     3)    The Warden or designee may approve the set-up and use of video visitation and shall ensure that a staff member or approved volunteer is assigned to monitor the visit at an appropriate, conducive visitation area.

     4)    The Warden or designee shall be responsible for ensuring that staff and/or volunteers are present at the remote location of the video visitation. Staff and/or volunteers at the remote location shall document that they and the approved visitor(s) are the only individuals present for the video visitation.

     5)    Any other person present is required to have written permission from the Warden or designee to participate in the video visitation.

M.    Picnic Visits

When the institution's schedule, space, and personnel resources permit, picnic visits may be authorized by the Warden or designee. The Warden or designee shall be responsible for designating the area of the institution for the picnic visit and authorizing any foods or other items that may be permitted during picnic visits.

N.    Court Ordered Visitation with an Incarcerated Parent

Pursuant to the provisions of La. R.S. 9:364.1, a court may authorize visitation with an incarcerated parent. As part of such visitation order, the court shall include restrictions, conditions and safeguards as are necessary to protect the mental and physical health of the child and minimize the risk of harm to the child. In considering the supervised visitation of a minor child with an incarcerated parent, the court shall consider the best interests of the child. In cases of court ordered visitation, the Department cannot deny the visit. However, such visitation shall be in conformance with all other rules and regulations that pertain to visiting.

NOTE: For the purpose of this Section, "court" means any district court, juvenile court or family court having jurisdiction over the parents and/or child at issue.

O.    Visitation at Functions or Events Held By Offender Organizations

     1)    The Warden or designee may authorize offender organizations to hold special functions or events when the institution's schedule, space, and personnel resources permit.

     2)    Visitors attending the function or event shall be subject to the same security processing that applies to traditional visitation. Special guests (speakers/presenters) attending the function or event shall be processed at the discretion of the Warden or designee.

P.    Visitation with Sex Offenders

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Seventeen**

1) Visitation between incarcerated sex offenders and visitors requires the following exceptions to visitation eligibility and procedures outlined in Sections 7., 8.C., and 8.F of this regulation:

    a. Visitation Eligibility Between Incarcerated Sex Offenders and Minors

        i. The following sex offenders shall be ineligible to visit with any minor child, including their own biological minor child or minor step-child:

            a) Offenders who have a current or prior conviction for a sex crime involving a minor child family member, or

            b) Offenders who have a documented history of sex abuse with a minor child family member.

        ii. The following sex offenders may be authorized to visit with their own biological minor child or minor step-child at the discretion of the Warden:

            a) Offenders who have a current or prior conviction for a sex crime involving a minor child when the minor child is not a family member.

        iii. The following sex offenders may be authorized to visit with any minor child at the discretion of the Warden or his Designee:

            a) Offenders who have successfully completed or are participating satisfactorily in sex offender treatment. (Treatment staff who teach the sex offender treatment class shall be involved in the decision-making process for this type of visit.)

    b. Establishing and Maintaining Visiting Lists Between Incarcerated Sex Offenders and Minors

        i. The legal guardian shall submit a written request to the Warden and shall accompany the minor child during the visit. The legal guardian may be permitted to name another individual (other than the legal guardian) who is on the offender's visiting list to accompany the minor child for a visit. The legal guardian shall provide a written, notarized statement authorizing a specific individual to accompany the minor child.

Q. Emergency Situations during Visitation

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Eighteen**

If the Warden determines an emergency exists or is likely to develop, the Warden may suspend visitation. If visitation is suspended, all visits and visiting activities shall be immediately terminated and visitors escorted from the facility. (See Department Regulation No. C-02-002 "Institutional Riot, Significant Disturbance and Hostage Situation" for additional information.)

R.    Restriction of an **Offender's** Visiting Privileges

  1)    Noncontact Visiting:

    a.    Offenders who are housed in segregated housing shall be limited to noncontact visiting when the institution's space and personnel resources permit.

    b.    Any offender who pleads guilty or has been found guilty at a Disciplinary Board hearing of any of the following for the first time shall be subject to noncontact visiting for up to six months, to be determined by the Warden or designee:

      i.    Violation of Disciplinary Rule No. 21, Sex Offenses, Aggravated;
      ii.    Assault on staff; or
      iii.    Any Schedule B Disciplinary Rule violation that occurs in the visitation area.

    c.    Any offender who pleads guilty or has been found guilty at a Disciplinary Board hearing of any of the following for the second or more time within the past five years shall be subject to noncontact visiting for a up to one year, to be determined by the Warden or designee:

      i.    Violation of Disciplinary Rule No. 21, Sex Offenses, Aggravated;
      ii.    Assault on Staff; or
      iii.    Any Schedule B Disciplinary Rule violation that occurs in the visitation area.

  2)    Suspension of Visiting:

    a.    Any offender who pleads guilty or has been found guilty at a Disciplinary Board hearing of any of the following shall be subject to suspension of visiting for up to six months, to be determined by the Warden or designee:

      i.    Violation of Disciplinary Rule No. 1, Contraband;
      ii.    Conspiring to introduce contraband; or
      iii.    Violation of Disciplinary Rule No. 14, Intoxication.

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Nineteen**

      b.    No offender shall be subject to suspension of visiting for 12 consecutive months.

      c.    An offender who is currently subject to suspension of visiting may be granted a special visit, as outlined above in section 8.K of this regulation.

4)    The Warden or designee shall ensure that at the conclusion of an offender's restriction of visiting privileges (noncontact visiting or suspension of visiting), the offender's visiting privileges are reinstated.

5)    Restriction of visiting privileges (noncontact visiting or suspension of visiting) is not a disciplinary penalty.

NOTE: See "Offender Rulebook: Disciplinary Rules and Procedures for Adult Offenders" for a full description of each disciplinary rule.

S.    Restriction of a **Visitor's** Visiting Privileges

1)    Suspension of Visiting

      a.    Any visitor who introduces contraband into or upon the grounds of an institution, including inside personal vehicles, or commits any illegal activity on the grounds of an institution shall be subject to suspension of visiting at the discretion of the Warden or designee. The suspension of visiting may be temporary (removal from visiting list for a fixed period of time) or indefinite (removal from a visiting list for an undetermined amount of time), depending upon the severity of the offense and at the discretion of the Warden or designee.

      b.    Suspension of a visitor's visiting privileges at a particular institution shall include suspension of a visitor's visiting privileges at all Department facilities.

      c.    Procedures for Suspension of Visiting for a Visitor:

          i.    The Warden or designee shall review the visitor's offense(s) and determine if the visitor's suspension of visiting privileges is temporary or indefinite;

          ii.    The Warden or designee shall notify the visitor in writing that he has been removed from all applicable visiting lists, the reason why, whether the removal is temporary or indefinite, and that he may appeal the suspension of visiting in writing to the Secretary within 15 days of the Warden's notification;

          iii.    If the visitor exercises this appeal right, the Secretary or designee shall review the appeal and investigate, as

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Twenty**

appropriate, within 30 days of the appeal letter. The Warden or designee may submit a report to the Secretary setting forth any information that he feels may assist in making the decision. The Secretary or designee shall render a written decision granting or denying the appeal and shall notify the visitor and the Warden of the decision in a timely manner.

d.    Procedures for Reinstatement of a Visitor's Visiting Privileges:

i.    Reinstatement of visiting privileges for visitors who have been removed from visiting lists shall only be considered upon written request from the offender and in accordance with this regulation.

ii.    Reinstatement of visiting privileges for visitors who have been removed on a temporary basis shall only be considered after the fixed period of time for the removal has elapsed.

iii.    Reinstatement of visiting privileges for visitors who have been removed on an indefinite basis shall only be considered after 12 months have elapsed since the visitor was removed from the visitor list and only once every 12 months thereafter.

iv.    Should reinstatement be denied, the offender shall be notified in writing of the denial and that reconsideration shall only be available at the next opportunity for changes to the offender's visiting list.

## 9.    MONITORING REQUIREMENTS/ REPORTS

A.    Each facility shall maintain a record for each offender documenting all of the offender's visits.    All visiting records/information obtained on an offender by institutional staff shall be transferred with the offender when the offender is reassigned to another institution within the Department. This includes transfers to local jails and transitional work programs.    The offender's current visiting information shall be utilized by the transitional work program to allow for visitation.

B.    Each visit with a minor child shall be documented in the offender's visiting record.

C.    The Chief of Operations shall ensure that data relative to offender visitation shall be submitted in accordance with Department Regulation No. C-05-001 "Activity Reports/ Unusual Occurrence Reports Operational Units."

D.    The Warden or designee shall ensure data relative to offender visitation shall be submitted in the Department's offender management system as appropriate.

James M. Le Blanc
Secretary

**Department Regulation No. C-02-008**
**01 November 2018**
**Page Twenty-One**


Attachment:  C-02-008          Visiting Guidelines

Forms:       C-02-008-A        Application for Visiting Privileges
             C-02-008-B        Criminal History Background Questionnaire
             C-02-008-C        Initial Request for Visitors
             C-02-008-D        Request for Changes to Approved Visiting List
             C-05-001-W-2      Unusual Occurrence Report (Miscellaneous)

This regulation supersedes Department Regulation No. C-02-008 dated 20 September 2015.