UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD NELSON | CIVIL ACTION |
| VERSUS | 18-282-SDD-SDJ |
| SECRETARY JAMES LEBLANC AND OFFICERS JOHN AND JANE DOES 1-10, *et al* | |

### JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of Defendants. Plaintiff's claims against Secretary James LeBlanc are hereby dismissed with prejudice. Plaintiff's claims against any unnamed defendants are dismissed without prejudice.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on January 19, 2021.

*/s/ Shelly D. Dick*

**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

Jury